United States District Court
Middle District of Florida
Jacksonville Division

**MARLI JAY JACKSON,**

 *Plaintiff,*

v.                                                                                        NO. 3:24-cv-1066-PDB

**ACTING COMMISSIONER OF SOCIAL SECURITY,**

 *Defendant.*

___

# Order

 The Acting Commissioner of Social Security moves to reverse the decision below and remand the case for further administrative proceedings. Doc. 15. Considering the absence of opposition and the authority described in the motion, the Court:

1.  **grants** the motion, Doc. 15;

2.  **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3.  **remands** the case with directions to "(1) offer [Jackson] the opportunity for a hearing; (2) take any further action needed to complete the administrative record; and (3) issue a new decision"; and

4.  **directs** the clerk to enter judgment for Marli Jay Jackson and against the Acting Commissioner of Social Security and close the file.

 **Ordered** in Jacksonville, Florida, on March 31, 2025.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*